**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
jbendavid@bendavidfirm.com
**STEPHANIE J. SMITH, ESQ.**
Nevada Bar No. 11280
ssmith@bendavidfirm.com
**BENDAVID LAW**
7301 Peak Drive, Suite 150
Las Vegas, Nevada 89128
702-385-6114
*Attorneys for Defendant*
*Russell Road Food and Beverage, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN DOE (NY),<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC dba CRAZY HORSE 3 GENTLEMEN'S CLUB, et al,<br><br>Defendant. | Case No: 2:20-cv-00129-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DATE TO PLAINTIFF'S COMPLAINT** |

COMES NOW Plaintiff, JOHN DOE, ("Plaintiff") by and through his counsel of record, MICHAEL KIND, ESQ. of KIND LAW and Defendant, RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB ("Russell Road" and/or "Defendant") by and through its counsel of record, JEFFERY A. BENDAVID, ESQ. and STEPHANIE J. SMITH, ESQ. of BENDAVID LAW, and hereby stipulate and agree that Defendants' deadline to plead or otherwise respond to

Plaintiff's Complaint is extended from January 24, 2020, seven (7) days after removal to February 7, 2020.

DATED this 21st day of January, 2020.

| | |
|---|---|
| **BENDAVID LAW** | **KIND LAW** |
| */s/ Jeffery A. Bendavid, Esq.* | */s/ Michael Kind, Esq.* |
| **JEFFERY A. BENDAVID, ESQ.** | **MICHAEL KIND, ESQ.** |
| Nevada Bar No. 6220 | 8860 South Maryland Parkway, |
| **STEPHANIE J. SMITH, ESQ.** | Suite 106 |
| Nevada Bar No. 11280 | Las Vegas, NV 89123 |
| 7301 Peak Dr., Suite 150 | 702-337-2322 |
| Las Vegas, Nevada 89128 | *Attorneys for Plaintiff* |
| 702-385-6114 | |
| *Attorneys for Defendant* | |

**IT IS SO ORDERED.**

_____
US DISTRICT COURT MAGISTRATE JUDGE

DATED: 1/22/2020